**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rafael Ernesto GOMEZ–RUBALLO, aka Sapito, Defendant–Appellant.**

**No. 08–50515.**

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2009.*

Filed May 26, 2009.

Scott M. Garringer, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S.,

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth Newman, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: PREGERSON, CANBY, and BERZON, Circuit Judges.

MEMORANDUM **

Rafael Ernesto Gomez–Ruballo appeals from the 24–month sentence imposed following the revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Gomez–Ruballo contends that the district court relied on an improper factor in sentencing him. This contention is belied by the record. *See* 18 U.S.C. §§ 3553(a), 3583(e); *United States v. Simtob,* 485 F.3d 1058, 1061–63 (9th Cir.2007); *United States v. Miqbel,* 444 F.3d 1173, 1181–82 (9th Cir.2006).

Gomez–Ruballo also contends that the district court did not adequately explain the reasons for imposing a sentence above the advisory Guidelines range. We conclude that the district court's explanation was sufficient to allow for meaningful review. *See Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007); *United States v. Leonard,* 483 F.3d 635, 637 (9th Cir.2007); *Gall v. United*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*States,* 552 U.S. 38, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**